# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS |
| PUERTO RICO PUBLIC-PRIVATE PARTNERSHIP AUTHORITY and PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Plaintiffs, | PROMESA Title III<br><br>Adv. Proc. No. 25-00061-LTS<br><br>in No. 17 BK 4780-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations, and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747), and (vi) Puerto Rico Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801).  On October 30, 2024, the Title III case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

v.

LUMA ENERGY, LLC and LUMA ENERGY SERVCO, LLC,

Defendants.

LUMA ENERGY, LLC, and LUMA ENERGY SERVCO, LLC,

Movants,

v.

PUERTO RICO PUBLIC-PRIVATE PARTNERSHIP AUTHORITY and PUERTO RICO ELECTRIC POWER AUTHORITY,

Respondents.

HON. JENNIFFER GONZÁLEZ, GOVERNOR OF PUERTO RICO, COMMONWEALTH OF PUERTO RICO,

Plaintiffs,

v.

LUMA ENERGY, LLC and LUMA ENERGY SERVCO, LLC,

Defendants.

PUERTO RICO PUBLIC-PRIVATE PARTNERSHIP AUTHORITY and PUERTO RICO ELECTRIC POWER AUTHORITY,

Parties in Interest.

LUMA ENERGY, LLC and LUMA ENERGY SERVCO, LLC,

Movants,

v.

PROMESA Title III

Adv. Proc. No. 25-00062-LTS

in No. 17 BK 4780-LTS

HON. JENNIFFER GONZÁLEZ, GOVERNOR OF PUERTO RICO, COMMONWEALTH OF PUERTO RICO,

Respondents.

**STATEMENT IN SUPPORT OF URGENT MOTION FOR STAY OF ORDER TO REMAND PENDING APPEAL AND REQUEST FOR EXPEDITED RELIEF FILED BY LUMA ENERGY, LLC AND LUMA ENERGY SERVCO, LLC**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), for itself and as sole representative of the Puerto Rico Electric Power Authority ("PREPA") pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this statement (the "Statement") in support of (i) the *Urgent Motion for Stay of Order to Remand Pending Appeal and Request for Expedited Relief* [Adv. Proc. No. 25-00061, ECF No. 51], and (ii) the *Urgent Motion for Stay of Order to Remand Pending Appeal and Request for Expedited Relief* [Adv. Proc. No. 25-00062, ECF No. 70] (collectively, the "Motion") filed by LUMA Energy, LLC and LUMA Energy Servco, LLC (collectively, "LUMA"), and pursuant to this Court's *Order Scheduling Briefing of Urgent Motions for Stay of Order to Remand Pending Appeal and Request for Expedited Relief* [Adv. Proc. No. 25-00061, ECF No. 52; Adv. Proc. No. 25-00062, ECF No. 71], and respectfully submits as follows:

**STATEMENT**

1. LUMA's Motion for a stay pending appeal should be granted. The issues presented in the First Circuit appeal are unique matters of first impression. Absent a stay there is a real

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

possibility of irreparable harm to LUMA and the stakes—for the people of Puerto Rico—are high. The standard for granting a stay pending appeal is met here. *Nken v. Holder*, 556 U.S. 418, 425–26 (2009) (for stay pending appeal, "a court considers four factors: (1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies.") (internal cites and quotes omitted).

2.     The public interest strongly favors the relief sought by LUMA. This action by Plaintiffs, if successful, would upend the legal, fiscal, and operational framework governing Puerto Rico's electric system and effectively terminate private operation of PREPA's grid, without any apparent plans for a qualified replacement. Such a result, which could occur quickly in the absence of a stay,[3] would cause chaos across the island, not to mention violate both the currently certified fiscal plan for PREPA and Puerto Rico law, both of which require that PREPA be operated by a private operator. February 2025 Fiscal Plan for the Puerto Rico Electric Power Authority at 17 (available at https://drive.google.com/file/d/1WksRhtfmoLvaZFb-5pUNkFXGEiT3t6vp/view ?usp=sharing); Act 17-2019 § 1.7 (available at https://bvirtualogp.pr.gov/ogp/Bvirtual/ leyesreferencia/PDF/2-ingles/17-2019.pdf) ("The Authority shall delegate or transfer the operating, administrative, and/or maintenance functions for the electric power generation, transmission and distribution, commercialization, and operation of the Electrical System through

---

[3] The Puerto Rico press has reported that, despite the Court's direction that the remand of these actions was not to become effective until May 15, 2026, the government parties filed motions in the Puerto Rico Supreme Court on May *13*, 2026, seeking to have that court decide the disputes on an expedited basis. *See, e.g.*, https://www.metro.pr/noticias/2026/05/14/gobierno-y-aapp-acuden-al-supremo-en-disputa-por-contrato-suplementario-de-luma (last accessed May 16, 2026).

contracts awarded and executed pursuant to the provisions of this Act"); *see also* Act 120-2018, Statement of Motives (available at https://bvirtualogp.pr.gov/ogp/Bvirtual/leyesreferencia/PDF/2-ingles/120-2018.pdf) (purpose of statute to provide for "transformation" of PREPA to private operation). Whether Plaintiffs like it or not, LUMA is the only current option for private grid operation.

3.      Given this, there is every reason to make sure that LUMA receives the due process it is entitled to in the form of appellate review, something that could well be jeopardized if this Court does not stay its order remanding the action to Commonwealth court pending LUMA's appeal. Plaintiffs cannot contend that the relief they seek presents any urgency, as it is based on issues they waited more than three years to raise in the first instance and, in any event, the First Circuit is obliged to treat appeals relating to PROMESA with expedition. In these circumstances, a stay pending appeal makes sense and best protects the parties and the public interest.

[*Remainder of page intentionally left blank.*]

3

Dated: May 18, 2026
    San Juan, Puerto Rico

Respectfully submitted,

**PROSKAUER ROSE LLP**

*/s/ Margaret A. Dale*
Martin J. Bienenstock (*pro hac vice*)
Ehud Barak (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
Michael T. Mervis (*pro hac vice*)
Elliot R. Stevens (*pro hac vice*)
Javier F. Sosa (*pro hac vice*)
Eleven Times Square
New York, NY 10036
Tel:   (212) 969-3000
Email: mbienenstock@proskauer.com
    ebarak@proskauer.com
    mdale@proskauer.com
    mmervis@proskauer.com
    estevens@proskauer.com
    jsosa@proskauer.com

Laura Stafford (*pro hac vice*)
One International Place
Boston, MA 02110-2600
Tel:   (617) 526-9600
Email: lstafford@proskauer.com

Paul V. Possinger (*pro hac vice*)
70 West Madison, Suite 3800
Chicago, Illinois 60602
Tel:   (312) 962-3550
Email: ppossinger@proskauer.com

Michael A. Firestein (*pro hac vice*)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Tel:   (310) 557-2900
Email: mfirestein@proskauer.com

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico as sole
Title III representative of the Puerto Rico
Electric Power Authority*

**O'NEILL & BORGES LLC**

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Gabriel A. Miranda-Rivera
USDC No. 306704
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:   (787) 764-8181
Fax:   (787) 753-8944
Email: hermann.bauer@oneillborges.com
    gabriel.miranda@oneillborges.com

*Co-Attorneys for the Financial Oversight and
Management Board for Puerto Rico as sole
Title III representative of the Puerto Rico
Electric Power Authority*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 18, 2026, we electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to

all CM/ECF participants in the case.


This 18th day of May, 2026.

*/s/ Hermann D. Bauer*
Hermann D. Bauer
