# United States Court of Appeals
## For the First Circuit

---

No. 26-1561

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Debtors,

---

JENNIFFER A. GONZÁLEZ-COLON, in the official capacity as Governor of the Commonwealth of Puerto Rico; COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, on behalf of itself and as representative of Puerto Rico Electric Power Authority (PREPA),

Plaintiffs - Appellees,

v.

LUMA ENERGY LLC; LUMA ENERGY SERVCO, LLC,

Defendants - Appellants,

BLACKROCK FINANCIAL MANAGEMENT, INC.; CANYON CAPITAL ADVISORS LLC; FRANKLIN ADVISERS, INC.; HUDSON BAY CAPITAL MANAGEMENT LP; NUVEEN ASSET MANAGEMENT, LLC; READYSTATE ASSET MANAGEMENT, LP; RUBRIC CAPITAL MANAGEMENT LP; TACONIC CAPITAL ADVISORS, L.P.; WHITEBOX ADVISORS LLC; GOLDENTREE ASSET MANAGEMENT LP; SYNCORA GUARANTEE, INC.; POINTSTATE CAPITAL LP,

Defendants.

---

Before

Barron, Chief Judge,
Rikelman, and Aframe, Circuit Judges.

_____

**ORDER OF COURT**

Entered: June 19, 2026

This is an appeal from an adversary proceeding in the Title III court. Defendants-Appellants LUMA Energy, LLC and LUMA Energy Servco, LLC seek review of the May 8, 2026 order remanding the matter to the Puerto Rico Court of First Instance. Defendants-Appellants have filed an "Emergency Motion for a Stay Pending Appeal and an Immediate Administrative Stay or Expedited Briefing" that is fully briefed.

After careful review and consideration of the record and the specific arguments made in the papers, we conclude that Defendants-Appellants have not met their burden to show their entitlement to a stay pending appeal. See Nken v. Holder, 556 U.S. 418, 434 (2009) (stay factors). The requests for expedited briefing of the motion or, alternatively, an administrative stay are moot given this conclusion.

Accordingly, the motion is denied. A briefing schedule shall issue in the ordinary course. The parties are directed to fully brief all issues pertaining to jurisdiction. Any motion to expedite briefing shall be filed promptly.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dale K. Cathell, Mariana Muñiz-Lara, David Horniak, Brett Ingerman, Hermann D. Bauer-Alvarez, Michael T. Mervis, Margaret Antinori Dale, John E. Roberts, Martin J. Bienenstock, Ehud Barak, Laura E. Stafford, Michael A. Firestein, Paul V. Possinger, Gabriel A Miranda-Rivera, Libbie B. Osaben, Manuel Fernandez-Bared, Linette Figueroa-Torres, Andrew N. Rosenberg, Karen R. Zeituni, Glenn Kurtz, Lydia Margarita Ramos-Cruz, John K. Cunningham, Thomas Lauria, Eric Mark Kay, Carlos R. Rivera-Ortiz, Susheel Kirpalani, Manuel A. Pietrantoni, Idza Diaz-Rivera, Gabriel Luis Olivera Dubon, Peter M. Friedman, Maria Jennifer DiConza, Ignacio J. Labarca-Morales, Frank Alexander Rosado-Méndez, Matthew M. Higgins, Jason Zarrow