# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO
### FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
### CARLOS CHARDON AVE.
### HATO REY, PUERTO RICO 00918-1767

Ada I. García-Rivera, Esq., CPA
Clerk of Court

Phone: (787) 772-3000
www.prd.uscourts.gov

Clerk of Court
Puerto Rico Court of First Instance – San Juan Part
PO Box 190887
San Juan, PR 00919-0887

Re:     **Commonwealth of PR, et al. v. LUMA Energy LLC, et al.**
        Your Civil Case: SJ2025CV11202
        Adversary Case: 3:25-AP-00062-LTS
        Bankruptcy Case No: 3:17-BK-4780-LTS In Re: Puerto Rico Electric Power Authority
        Originally filed in USDC-PR as: N/A

Dear Clerk:

        In accordance with the Memorandum Orders entered by U.S. District Judge Laura Taylor Swain in the above-entitled case, we include the following documents:

1.      Certified copy of the *Memorandum Order Granting Motions to Remand* (Docket Entry No. 68).

2.      Certified copy of the *Memorandum Order Denying Motions for Stay of Order to Remand Pending Appeal* (Docket Entry No. 83).

3.      Certified copy of docket sheet.

                                        Very truly yours,

                                        ADA I. RIVERA-GARCÍA, ESQ., CPA
                                        Clerk of Court

                                        By:_____

                                        Carmen Tacoronte
                                        PROMESA Case Administrator
                                        www.promesa.prd.uscourts.gov

Encs.
cc: Counsel of Record